# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MP GLOBAL PRODUCTS, LLC, a Nebraska Limited Liability Company, | ) ) ) | |
| Plaintiff, | ) ) | 8:05CV165 |
| vs. | ) ) | ORDER |
| OLD WORLD STONE IMPORTS, LLC, a Utah Limited Liability Company, | ) ) ) ) | |
| Defendant. | ) | |

This matter is before the court on plaintiff's motion for leave to file a first amended complaint (#10). Response time has passed, and the court has not received a response in opposition to the motion. Upon review of the proposed amended complaint, the court finds that plaintiff's motion should be granted.

**IT IS ORDERED:**

1. Plaintiff's motion (#10) is granted. Plaintiff shall file and serve the amended pleading on or before **October 7, 2005**.

2. Defendants shall respond to the Amended Complaint within the time allowed by Fed. R. Civ. P. 15(a).

**DATED September 27, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**