IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MP GLOBAL PRODUCTS, LLC, a Nebraska Limited Liability Company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OLD WORLD STONE IMPORTS, LLC, a Utah Limited Liability Company,<br><br>　　　　　Defendant. | No. CV: 8:05CV165<br><br>**ORDER** |

　　　　This matter came before the Court on the Motion for Leave to Withdraw as Counsel filed by John P. Passarelli and Kutak Rock LLP in the above-captioned matter. The Court, being fully advised, hereby finds as follows:

　　　　IT IS ORDERED that the Motion for Leave to Withdraw as Counsel filed by John P. Passarelli and Kutak Rock LLP is hereby granted and John P. Passarelli is allowed to be withdrawn as counsel for Plaintiff MP Global Products, LLC in the above matter.

　　　　Dated this 12th day of September, 2006.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　s/ F.A. Gossett
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge