IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MP GLOBAL PRODUCTS, L.L.C., | ) | CASE NO. 8:05CV165 |
| Plaintiff/Counterclaim Defendant, | ) ) ) | ORDER OF DISMISSAL |
| vs. | ) ) | |
| OLD WORLD STONE IMPORTS, LLC, | ) ) | |
| Defendant/Counterclaim Plaintiff. | ) | |

This matter came before the court upon the joint stipulation (Filing No. 40) of the parties moving that this case be dismissed, with prejudice, each party to pay its own costs and attorney fees. The court finds that the stipulation satisfies the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and that the requested relief should be granted.

IT IS THEREFORE ORDERED:

1. The Joint Stipulation of Dismissal (Filing No. 40) is approved;

2. The Second Amended Complaint, all claims and counterclaims in this matter are dismissed with prejudice; and

3. Each party to pay its own costs and attorney fees.

DATED this 23rd day of January, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge